**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

October 7, 2024

445 Hamilton Avenue, Suite 1206
White Plains, New York 10601
914.683.1200

**VIA ECF**

**Brian D. Ginsberg**
Member
Direct: 914.298.3028
Fax: 914.683.1210
bginsberg@harrisbeach.com

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

        **RE:** *Lee v. Greenwood*, No. 23-7432

Dear Ms. Wolfe,

Please note that I will be unavailable to present oral argument for appellant on the following dates:

    **November 2024**        18, 19, 20, 21, 22, 25, 26, 27

    **December 2024**        2

Thank you for your attention to this matter.

        Respectfully submitted,

        */s/ Brian D. Ginsberg*

        Brian D. Ginsberg
        *Counsel for Appellant*

cc: All Registered Parties