**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

January 27, 2025

445 Hamilton Avenue, Suite 1206
White Plains, New York 10601
914.683.1200

Brian D. Ginsberg
Member
Direct: 914.298.3028
bginsberg@harrisbeachmurtha.com

**VIA CM/ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      RE: *Lee v. Greenwood*
         Case No. 23-7432

Dear Ms. Wolfe,

  I note from the docket that oral argument in this case is proposed to be calendared for the week of March 17, 2025. Oral argument in another case of mine in this Court is also proposed to be calendared for that week: *Toyota Lease Trust v. Village of Freeport*, No. 24-488. If indeed both oral arguments end up being calendared for that week, I respectfully request that they be set as far apart as possible, and in all events not on the same day.

            Respectfully submitted,

            Brian D. Ginsberg
            *Counsel for Appellant*

cc: all registered parties
   (via CM/ECF)