

**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

March 16, 2025

445 Hamilton Avenue, Suite 1206
White Plains, New York 10601
914.683.1200

Brian D. Ginsberg
Member
Direct: 914.298.3028
bginsberg@harrisbeachmurtha.com

**VIA CM/ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      **RE:**   *Lee v. Greenwood*, **Case No. 23-7432**
              **Oral Argument Scheduled For March 17, 2025**

Dear Ms. Wolfe,

    I have contracted what I believe to be a case of food poisoning and am too ill to participate on behalf of appellant in the oral argument scheduled for March 17, 2025. For that reason, I respectfully request that appellant's side of the case be deemed submitted on the papers. I regret any inconvenience that my unanticipated absence may cause the panel, Court staff, and other counsel.

                                              Respectfully submitted,

                                              Brian D. Ginsberg
                                              *Counsel for Appellant*

cc:    all registered parties
       (via CM/ECF)

Harris Beach Murtha Cullina PLLC